1  GREGORY G. ISKANDER, Bar No. 200215
   LAURA E. CURTIS, Bar No. 290526
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard
   Suite 600
4  Walnut Creek, CA 94597
   Telephone: 925.932.2468
5  Fax No.: 925.946.9809

6  Attorneys for Defendant
   AFFORDABLE HOUSING ASSOCIATES
7
   CATHERINE CHAN (PRO SE)
8  7458 Hither Way
   Sacramento, CA 95822
9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  CATHERINE CHAN, an individual,        Case No. 3:15-cv-01714-EMC

16              Plaintiff,                STIPULATION FOR DISMISSAL WITH
                                          PREJUDICE
17       v.
                                          [F.R.CIV.P. 41]
18  AFFORDABLE HOUSING
    ASSOCIATES,
19
                Defendant.
20

---

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No. 3:15-cv-01714-EMC           1.      STIPULATION FOR DISMISSAL WITH
                                             PREJUDICE

1  IT IS HEREBY STIPULATED by and between Plaintiff Catherine Chan, acting in pro per, and Defendant Affordable Housing Associates, by and through its attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED.

Dated: December 15, 2015

GREGORY G. ISKANDER
LAURA E. CURTIS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AFFORDABLE HOUSING ASSOCIATES

Dated: December 11, 2015

CATHERINE CHAN
Pro Se (Plaintiff)

IT IS SO ORDERED.  Defense counsel is ordered to
serve a copy of this order upon Pro Se Plaintiff.

Edward M. Chen
U.S.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

| | |
|---|---|
| 1 | GREGORY G. ISKANDER, Bar No. 200215 |
| 2 | LAURA E. CURTIS, Bar No. 290526 |
| | LITTLER MENDELSON, P.C. |
| 3 | Treat Towers |
| | 1255 Treat Boulevard |
| 4 | Suite 600 |
| | Walnut Creek, CA 94597 |
| 5 | Telephone: 925.932.2468 |
| | Fax No.: 925.946.9809 |
| 6 | |
| | Attorneys for Defendant |
| 7 | AFFORDABLE HOUSING ASSOCIATES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | CATHERINE CHAN, an individual, | Case No. 3:15-cv-01714-EMC KAW |
| 12 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 13 | v. | |
| 14 | AFFORDABLE HOUSING ASSOCIATES, | |
| 15 | | |
| 16 | Defendant. | |

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, California 94597. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On December 15, 2015, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

- **STIPULATION FOR DISMISSAL WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

Catherine Chan
PO Box 233112
Sacramento, CA 95823

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CERTIFICATE OF SERVICE

2.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 15, 2015, at Walnut Creek, California.

*M. Marshall*
Monique Marshall

Firmwide:136992075.1 083629.1001

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CERTIFICATE OF SERVICE